# Court of Appeals
# of the State of Georgia

ATLANTA, September 08, 2025

*The Court of Appeals hereby passes the following order*

## A26D0035. LAURENE CUVILLIER v. LUANNE M. BONNIE AS ADMINISTRATOR OF THE ESTATE OF DORA LEE BROOKS.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

23CV1125



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, September 08, 2025.

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, Clerk.